*A. T. Walden,* for plaintiff in error.
*R. L. Williams, Ryals & Anderson,* contra.

---

## 5927.   ANTHONY *v.* WINGFIELD.

BROYLES, J. Where the grounds of a motion for a new trial are dependent upon a consideration of the evidence, and a brief of the evidence has not been prepared in even substantial compliance with section 6093 of the Civil Code, this court will not attempt to review the discretion of the trial judge in overruling such grounds. *Grier* v. *Brown,* 118 *Ga.* 670 (45 S. E. 455); *Wall* v. *Mercer,* 119 *Ga.* 346 (46 S. E. 420); *Gairdner* v. *Tate,* 121 *Ga.* 253 (48 S. E. 907); *Whitaker* v. *State,* 138 *Ga.* 139 (75 S. E. 254); *Albany &c. R. Co.* v. *Wheeler,* 6 *Ga. App.* 270 (64 S. E. 1114).                                    *Judgment affirmed.*

DECIDED MAY 7, 1915.

Complaint; from city court of Washington—Judge Wynne. July 11, 1914.

*Colley & Colley, W. A. Slaton,* for plaintiff in error.
*J. M. Pitner, I. T. Irvin Jr.,* contra.